18 So.2d 576

### Lewis COLLINS v. STATE.

### 7 Div. 786.

Supreme Court of Alabama.

June 22, 1944.

Rains & Rains, of Gadsden, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Lewis Collins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Collins v. State, 18 So. 2d 574 (7 Div. 775).

Writ denied.

GARDNER, C. J., and BROWN and FOSTER, JJ., concur.